**Official Form 1 (4/07)**

| United States Bankruptcy Court<br>Northern District of Illinois | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Kappes, Duane A.** | Name of Joint Debtor (Spouse) (Last, First, Middle):<br>**Kappes, Leann F.** |
|---|---|
| All Other Names used by the Debtor in the last 8 years (include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years (include married, maiden, and trade names): |
| Last four digits of Soc. Sec./Complete EIN or other Tax ID No. (if more than one, state all)<br>**xxx-xx-9210** | Last four digits of Soc. Sec./Complete EIN or other Tax ID No. (if more than one, state all)<br>**xxx-xx-0185** |
| Street Address of Debtor (No. and Street, City, and State):<br>**221 N. Fairview Ave.**<br>**Freeport, IL**  ZIP Code **61032** | Street Address of Joint Debtor (No. and Street, City, and State):<br>**221 N. Fairview Ave.**<br>**Freeport, IL**  ZIP Code **61032** |
| County of Residence or of the Principal Place of Business:<br>**Stephenson** | County of Residence or of the Principal Place of Business:<br>**Stephenson** |
| Mailing Address of Debtor (if different from street address):  ZIP Code | Mailing Address of Joint Debtor (if different from street address):  ZIP Code |

Location of Principal Assets of Business Debtor (if different from street address above):

| Type of Debtor<br>(Form of Organization)<br>(Check one box) | Nature of Business<br>(Check one box) | Chapter of Bankruptcy Code Under Which the Petition is Filed (Check one box) |
|---|---|---|
| ■ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>☐ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☐ Other | ■ Chapter 7<br>☐ Chapter 9<br>☐ Chapter 11<br>☐ Chapter 12<br>☐ Chapter 13<br>☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding<br>☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding |
| | **Tax-Exempt Entity** (Check box, if applicable)<br>☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code). | **Nature of Debts** (Check one box)<br>■ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."  ☐ Debts are primarily business debts. |

| Filing Fee (Check one box) | Chapter 11 Debtors |
|---|---|
| ■ Full Filing Fee attached<br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |

**Statistical/Administrative Information**  THIS SPACE IS FOR COURT USE ONLY

☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

Estimated Number of Creditors

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Assets

| ☐ $0 to $10,000 | ■ $10,001 to $100,000 | ☐ $100,001 to $1 million | ☐ $1,000,001 to $100 million | ☐ More than $100 million |
|---|---|---|---|---|

Estimated Liabilities

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ■ $100,001 to $1 million | ☐ $1,000,001 to $100 million | ☐ More than $100 million |
|---|---|---|---|---|

Official Form 1 (4/07)                                                                                              **FORM B1**, Page 2

## Voluntary Petition

*(This page must be completed and filed in every case)*

**Name of Debtor(s):**
**Kappes, Duane A.**
**Kappes, Leann F.**

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) |||
|---|---|---|
| Location Where Filed:  **- None -** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) |||
|---|---|---|
| Name of Debtor: **- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** (To be completed if debtor is an individual whose debts are primarily consumer debts.) |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>**X  /s/ Mark E. Zaleski**       **October 15, 2007**<br>   Signature of Attorney for Debtor(s)      (Date)<br>   **Mark E. Zaleski** |

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

■ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

■ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
*(Check any applicable box)*

■   Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐   There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐   Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Statement by a Debtor Who Resides as a Tenant of Residential Property
*(Check all applicable boxes)*

☐   Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

      _____
      (Name of landlord that obtained judgment)

      _____
      (Address of landlord)

☐   Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐   Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

Official Form 1 (4/07) | FORM B1, Page 3

| **Voluntary Petition** *(This page must be completed and filed in every case)* | Name of Debtor(s): **Kappes, Duane A.** **Kappes, Leann F.** |

**Signatures**

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** **/s/ Duane A. Kappes**
Signature of Debtor  **Duane A. Kappes**

**X** **/s/ Leann F. Kappes**
Signature of Joint Debtor  **Leann F. Kappes**

_____
Telephone Number (If not represented by attorney)

**October 15, 2007**
Date

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

**X** _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

**Signature of Attorney**

**X** **/s/ Mark E. Zaleski**
Signature of Attorney for Debtor(s)

**Mark E. Zaleski**
Printed Name of Attorney for Debtor(s)

**Mark E. Zaleski**
Firm Name

**10 North Galena Avenue**
**Suite 220**
**Freeport, IL 61032**

_____
Address

**Email: attyzaleski@cjrinc.com**
**815-233-0995  Fax: 815-232-3227**
Telephone Number

**October 15, 2007**
Date

**Signature of Non-Attorney Bankruptcy Petition Preparer**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19B is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

**X** _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

**Official Form 1, Exhibit D (10/06)**

# United States Bankruptcy Court
## Northern District of Illinois

In re **Duane A. Kappes**
**Leann F. Kappes**
Debtor(s)

Case No. _____
Chapter **7**

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

■ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 15 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the five days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Must be accompanied by a motion for determination by the court.][Summarize exigent circumstances here.]* ____

**If the court is satisfied with the reasons stated in your motion, it will send you an order approving your request. You must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy case and promptly file a certificate from the agency that provided the briefing, together with a copy of any debt management plan developed through the agency. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. A motion for extension must be filed within the 30-day period. Failure to fulfill these requirements may result in dismissal of your case. If the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing, your case may be dismissed.**

**Official Form 1, Exh. D (10/06) - Cont.**

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

    ☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

    ☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

    ☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:  **/s/ Duane A. Kappes**
                            **Duane A. Kappes**

Date:  **October 15, 2007**

**Official Form 1, Exhibit D (10/06)**

# United States Bankruptcy Court
## Northern District of Illinois

In re **Duane A. Kappes**
**Leann F. Kappes**
Debtor(s)

Case No. _____
Chapter **7**

# EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

■ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 15 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the five days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Must be accompanied by a motion for determination by the court.][Summarize exigent circumstances here.]* ____

**If the court is satisfied with the reasons stated in your motion, it will send you an order approving your request. You must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy case and promptly file a certificate from the agency that provided the briefing, together with a copy of any debt management plan developed through the agency. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. A motion for extension must be filed within the 30-day period. Failure to fulfill these requirements may result in dismissal of your case. If the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing, your case may be dismissed.**

**Official Form 1, Exh. D (10/06) - Cont.**

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

    ☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

    ☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

    ☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:    **/s/ Leann F. Kappes**
                              **Leann F. Kappes**

Date:  **October 15, 2007**

Account Recovery Services
PO Box 2526
Loves Park, IL 61132

Allied Business Accounts, Inc.
300 1/2 South Second Street
PO Box 1600
Clinton, IA 52733-1600

Allied Interstate Inc.
PO Box 361373
Columbus, OH 43236

Armor Systems Corp.
860 Northpoint Blvd. Suite A
Waukegan, IL 60085

Asset Acceptance LLC
PO Box 2036
Warren, MI 48090-2036

Associates in Radiology
PO Box 5368
Rockford, IL 61125-0368

ASTA Funding Acquisition LLC
PO Box 96073
Charlotte, NC 28296-0073

AT&T
PO Box 9001309
Louisville, KY 40290

Attorney Anthony Coon
10 N. Galena Ave., Suite 210
Freeport, IL 61032

Axsys National Bank
PO Box 2900
Saint Cloud, MN 56395-2900

Baker, Miller, Markoff & Krasny
29 N. Wacker Drive, 5th Floor
Chicago, IL 60606

```
Behavioral Medicine
PO Box 2880
Rockford, IL 61132-2880


Blatt, Hasenmiller, Leibsker
and Moore
125 S, Wacker Dr., Suite 400
Chicago, IL 60606


Blockbuster Video - 17299
1808 S. West Avenue
Freeport, IL 61032-6712


Businessmen's Collection Bureau
PO Box 657
Freeport, IL 61032


BYL Collection Services, LLC
PO Box 5046
West Chester, PA 19380


Camelot Endodontics, LTD
2835 McFarland Road
Suite B
Rockford, IL 61107


Capital Management Services, Inc.
726 Exchange Street, Suite 700
Buffalo, NY 14210


Capital One
Bankruptcy Department
PO Box 85167
Richmond, VA 23285-5167


Capital One
Bankruptcy Department
PO Box 5155
Norcross, GA 30091


Capital One Bank
PO Box 60024
City Of Industry, CA 91716
```

Capital One Bank
PO Box 790216
Saint Louis, MO 63179-0216

Capital One Services
PO Box 60000
Seattle, WA 98190-6000

Career Publishing, Inc.
905 Allanson Rd.
Mundelein, IL 60060

Central Credit Control
Collection Department
PO Box 988
Harrisburg, PA 17108-0988

Children's Book Club
c/o North Shore Agency
PO Box 260012
Great Neck, NY 11026-0012

Clear Rate Communications
PO Box 27308
Lansing, MI 48909-7308

Club Girls' Life
PO Box 6023
Jefferson City, MO 65102-6023

Collection Systems of Freeport Inc.
206 West Stephenson
PO Box 496
Freeport, IL 61032

ComEd
Bill Payment Center
Chicago, IL 60668-0001

ComEd
Customer Care Center
PO Box 87522
Chicago, IL 60680

Commercial Recovery Corp.
PO Box 49520
Minneapolis, MN 55449

Commonwealth Edison
Reconciliation Department
1919 Swift Drive
Oak Brook, IL 60523-1502

Credicheck of Rockford
PO Box 4777
Rockford, IL 61110

Credit Bureau Accounts Inc.
PO Box 1289
Peoria, IL 61601-1289

Credit Bureau Centre
1804 10th Street
PO Box 273
Monroe, WI 53566

Credit Bureau of North West IL
PO Box 387
Dixon, IL 61021

Credit Management Services
PO Box 931
Brookfield, WI 53008

Creditor Protection Association
13355 Noel Rd.
Dallas, TX 75240

Creditor Services
PO Box 4
300 1/2 South 2nd Street
Clinton, IA 52733-0004

Creditors Interchange
80 Holtz Dr.
Buffalo, NY 14225

```
Creditors Protection Service
PO Box 4115
Rockford, IL 61110


Deininger Floral Shop
1 W. Main Street
Freeport, IL 61032


Deutsche Bank Trust Company
C/O Law Office Ira Nevel
175 N. Franklin, #201
Chicago, IL 60606


Dr. Kyle Cushing
c/o Account Recovery Services
PO Box 2526
Loves Park, IL 61132


Dymacol
3070 Lawson Blvd.
PO Box 9017
Oceanside, NY 11572-9017


Feature Films for Families
PO Box 30022
Salt Lake City, UT 84130-0022


FedChex Recovery
PO Box 18978
Irvine, CA 92623


Financial Recovery Services
PO Box 385908
Minneapolis, MN 55438-5908


Fingerhut
PO Box 166
Newark, NJ 07101-0166


Fingerhut Direct Marketing
6250 Ridgewood Rd.
Saint Cloud, MN 56303
```

```
First Premier Bank
PO Box 5147
Sioux Falls, SD 57117-5147


Freeport Animal Hospital
321 East South Street
Freeport, IL 61032


Freeport Ear, Nose & Throat Assoc.
1030 South Kunkle Blvd.
Freeport, IL 61032


Freeport Family Chiropratic
224 West Galena
Freeport, IL 61032


Freeport Fire Department
PO Box 312
Freeport, IL 61032


Freeport Health Network
Central Business Office
PO Box 268
Freeport, IL 61032


Freeport Health Network
Jane Addams
1133 W. Stephenson St.
Freeport, IL 61032


Freeport Health Network/Hospital
Central Business Office
PO Box 857
Freeport, IL 61032-0857


Freeport Water & Sewer Commission
230 West Stephenson Street
Freeport, IL 61032


Freeport/Monroe Shopping News
PO Box 607
Freeport, IL 61032
```

```
GC Services
PO Box 1248
Alhambra, CA 91802


GC Services
Collection Agency Division
6330 Gulfton
Houston, TX 77081


Glenwood Center
2823 Glenwood Avenue
Rockford, IL 61101-3599


Goggins & Lavintman, P.A.
Attorneys at Law
PO Box 21129
Eagan, MN 55121-0129


Grason
World Wide Publications
1303 Hennepin Ave.
Minneapolis, MN 55403-1799


Guideposts
PO Box 798
Carmel, NY 10512-0798


Hastings Law Office
50 W. Douglas St., Suite 300
Freeport, IL 61032


Heights Finance Corporation
PO Box 876
Freeport, IL 61032-0876


HSBC Card Services
PO Box 17051
Baltimore, MD 21297-1051


HSBC Card Services
PO Box 88000
Baltimore, MD 21288-0001
```

I.C. Systems, Inc.
444 Highway 96 East
PO Box 64378
Saint Paul, MN 55164-0378


Immanual Luthern School
1964 W. Pearl City Rd.
Freeport, IL 61032


Integrity Direct, Inc.
c/o North Shore Agency
PO Box 260020
Great Neck, NY 11026-0020


Law Offices of Ralph Elliott
1005 W. Loras Dr.
PO Box 1149
Freeport, IL 61032


Lena Veterinary Clinic
11002 W. Goddard Rd.
PO Box 668
Lena, IL 61048-0668


Loeschner Heating & Conditioning
1860 South Walnut Avenue
Freeport, IL 61032


Madison Radiologists
PO Box 44269
Madison, WI 53744-4269


Mahoney and Hauser
PO Box 158
Freeport, IL 61032


MCI Residential Service
PO Box 17890
Denver, CO 80217-0890


Midwest Bank of Freeport
1401 Crestwood Drive
PO Box 689
Freeport, IL 61032

```
Monahan & Cohen
225 W. Washington St., #2300
Chicago, IL 60606


Movie Gallery
900 W. Main Street
Dothan, AL 36301-1410


Mutual Management Services
401 East State Street - 2nd Floor
PO Box 4777
Rockford, IL 61110


National Account Systems of Madison
PO Box 44207
Madison, WI 53744-4207


NCO Financial Systems
PO Box 15894
Wilmington, DE 19850-5894


NCO Financial Systems
PO Box 41457
Philadelphia, PA 19101-1457


New Horizons Counseling Center
34 North Whistler Avenue
Freeport, IL 61032


Nicor Gas
PO Box 416
Aurora, IL 60568-0001


Nicor Gas
PO Box 3042
Naperville, IL 60566-7042


Northland Group
PO Box 390846
Edina, MN 55439


Northwest Eye Care
1000 South Kiwanis Drive
Freeport, IL 61032
```

```
OSI Collection Services INC
PO Box 966
Brookfield, WI 53008


Palisades Collection
210 Sylvan Ave
Englewood, NJ 07632


Palisades Collection
PO Box 1274
Englewood, NJ 07632-0274


Park Dansan
PO Box 248
Gastonia, NC 28053


Pentagroup Financial, L.L.C
PO Box 742209
Houston, TX 77274-2209


Plaza Associates
JAF Station, PO Box 2769
New York, NY 10116


Portfolio Recovery Associates, LLC
PO Box 12914
Norfolk, VA 23541


Professional Collection Service
PO Box 76
Freeport, IL 61032


Progressive Management Systems
PO Box 2220
West Covina, CA 91793-9917


Publishers Clearing House
c/o Dymacol
PO Box 9026
Valley Stream, NY 11582-9026


Radiology Consultants of Rockford
PO Box 4542
Rockford, IL 61110
```

```
Rockford Health Systems
Rockford Memorial Hospital
PO Box 14125
Rockford, IL 61105-4125


Rockford Mercantile Agency
2502 South Alpine Road
PO Box 5847
Rockford, IL 61108


Rockford Register Star
PO Box 259
Rockford, IL 61105-0259


Rodger K. Hay
PO Box 367
Warren, IL 61087


Schram Chiropractic Clinic
1009 Loras Dr.
Freeport, IL 61032


SKO Brenner American
PO Box 230
Farmingdale, NY 11735-0230


Southland Veterinary Clinic
c/o Businessmens Collection Bureau
PO Box 657
Freeport, IL 61032


State Collection Service, Inc.
PO Box 6250
Madison, WI 53716-0250


Tender Loving Care Animal Hospital
1633 S. Galena Ave.
Freeport, IL 61032


The Cash Store
1872 South West Avenue
Freeport, IL 61032
```

Case 07-72496    Doc 1    Filed 10/16/07    Entered 10/16/07 09:39:15    Desc Main
            Document      Page 19 of 20

```
The Cash Store
1901 Gateway Dr., Suite 200
Irving, TX 75063


The Journal Standard
PO Box 330
Freeport, IL 61032-0300


The Monroe Clinic
2009 5th Street
Monroe, WI 53566-1575


The Monroe Clinic Hospital
515 22nd Avenue
Monroe, WI 53566


Thomas Hartog, D.D.S.
981 W. South Street
Freeport, IL 61032-6778


Total Gym Fitness LLC
PO Box 5046
West Chester, PA 19380


Tri-State Adjustments
440 Challenge St
Freeport, IL 61032


Truelogic Financial Corp.
PO Box 4437
Englewood, CO 80155-4437


University of Wisconsin
Medical Foundation
PO Box 44968
Madison, WI 53744-4968


University of Wisconsin
Drawer #853
Milwaukee, WI 53278-0853


US Bank
Freeport, IL Office
PO Box 790179
Saint Louis, MO 63179-0179
```

US Bank
PO Box 64799
St. Paul, MN 44164-0799


US Bank
PO Box 3098
Milwaukee, WI 53201-3098


US Bank
PO Box 790408
Saint Louis, MO 63179-0408


UW Health
Account Services Dept.
PO Box 3006
Milwaukee, WI 53201-3006


Van Ru Credit Corporation
PO Box 998
Park Ridge, IL 60068-0998


Verizon
Attention: Bankruptcy Department
404 Brock Drive, PO Box 3517
Bloomington, IL 61702-3517


Verizon
1135 East Chocolate Avenue
Hershey, PA 17033


Verizon North
PO Box 920041
Dallas, TX 75392-0041


Wilkin, Ludwig, Wilkin, DDS
3000 Highland Dr.
Freeport, IL 61032


Wolpoff & Abramson, L.L.P.
Two Irvington Centre
702 King Farm Blvd
Rockville, MD 20850